No. 314. L. ANTHONY, ALERT TRANSFER AND STORAGE COMPANY, INC., G. T. HINES, ET AL., *v.* SAM A. KOZER, SECRETARY OF STATE; and

No. 373. I. S. MARTINE, M. C. YAHNE, FRED GORDON, ET AL. *v.* SAM A. KOZER, SECRETARY OF STATE. Appeals from the District Court of the United States for the District

of Oregon. Motions to dismiss submitted January 3, 1927. Decided January 10, 1927. *Per Curiam.* Dismissed for want of jurisdiction on the authority of *Moore v. Fidelity and Deposit Co.,* 272 U. S. 317; *In re Buder,* 271 U. S. 461. *Messrs. I. H. Van Winkle, J. M. Devers,* and *Willis S. Moore* for appellee, in support of the motion. *Messrs. Edwin C. Ewing* and *W. R. Crawford* for appellants, in opposition thereto.